Court of Criminal Appeals
201 West 14th Street
P.O. Box 12308
Austin Texas 78711

This document contains some pages that are of poor quality at the time of imaging.

7-20-2015
41,195-30

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

Clerk of The Court
Dear Ms Louise Pearson
OFFender is iNdisent Who need help or his Need Copies of Court Case Record and Appeals Number 311 Record or Article 1107 WEir 41,195 Date offense 5-23-1998 2nd Indictment TEN. Charge at 336th Judicail District Court House Fannin County Joseph R Ceaser #1944045 DOB 3-10-1961 MY Driver License #13267327. SSN 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 at Estelle Unit or TDCJ Huntsville Tx.

Clerk, I Like For Copy or trial Record and trans ceipts Day of Sentence 2-8-2014 OFFense Record Cause # 19147 Assranted Sexual Assault Like to statement or Physical Evidence Crime Laboratory DNA Forensic Analysis Physical evidence have the meaning assigned by Article 38.35 Code of Criminal Procedure - §411.0205 Crime Laboratory Accredite I think the Court shall order that the request Forensic DNA Testing be Conduct by the Department of Public Safety. B identity WAS or is an issues in the Case and the Conviction Person established by a Preponderance the evidence that the Person Would not have been Convicted if exculpation reslus had obtained through DNA testing is not made to Unreasonaly delay the execution of Sentence or Administration of Justice.

Court Provide Forms In Chapter 64 of Code of Criminal Procedure - DNA POST- CONVICTION Test Application DNA SPeciman - DNA Blood Sample. A Motion Forms.

I am request You to Send me a Certified Copy of my DPS Arrest Report / CR 43 Finger Print Card / Self Proving Affidavint.

The State of Texas
Department of Public Safety
P.O. Box 4087
Austin Tx. 78773-0001

I Ran out of Paper Please Accept it with all Respect.

Thank You.
Reponse Back
Sincerely
Joseph R Pearson

OMB Control No. 2900-0001
Respondent Burden: 1 hour
Expiration Date: 8/31/2017

**Department of Veterans Affairs**

# VETERAN'S APPLICATION FOR COMPENSATION AND/OR PENSION

**IMPORTANT** - Read information and instructions carefully before completing the form. Type, print, or write plainly.

**(DO NOT WRITE IN THIS SPACE)**
**(VA DATE STAMP)**

## PART I - VETERAN'S INFORMATION

**1. FOR WHAT BENEFIT ARE YOU APPLYING?**

☐ COMPENSATION ☐ PENSION ☐ BOTH COMPENSATION AND PENSION

**2. HAVE YOU PREVIOUSLY APPLIED FOR ANY VA BENEFIT(S)?** *(Check applicable box)*

☐ PENSION ☐ COMPENSATION ☐ OTHER *(Specify)* _____

**3. FIRST, MIDDLE, LAST NAME OF VETERAN**

| 4A. VETERAN'S SOCIAL SECURITY NO. | 4B. VA FILE NUMBER *(If applicable)* | 4C. SPOUSE'S SOCIAL SECURITY NO. |
|---|---|---|
| | | |

**4D. IF YOU SERVED UNDER ANOTHER NAME, GIVE NAME AND PERIOD DURING WHICH YOU SERVED AND SERVICE NO.**

**5. MAILING ADDRESS** *(Number and street or rural route, city or P.O., State and ZIP Code)*

**6. TELEPHONE NUMBER(S)** *(Include Area Code)*

| A. DAYTIME | B. EVENING | C. CELL |
|---|---|---|
| | | |

**7. E-MAIL ADDRESS** *(If applicable)*

| 8A. DATE OF BIRTH *(Month, day, year)* | 8B. PLACE OF BIRTH | 9. SEX |
|---|---|---|
| | | ☐ MALE ☐ FEMALE |

| 10A. HAVE YOU EVER FILED A CLAIM FOR COMPENSATION FROM THE OFFICE OF WORKERS' COMPENSATION PROGRAMS? *(Formerly the U.S. Bureau of Employees Compensation)* ☐ YES ☐ NO *(If "Yes," complete Items 10B & 10C)* | 10B. WHEN WAS THE CLAIM FILED? *(Mo., day, yr.)* | 10C. FOR WHAT DISABILITY ARE YOU RECEIVING BENEFITS? |
|---|---|---|

## PART II - NATURE AND HISTORY OF SERVICE-RELATED DISABILITY(IES) *(If you need more space please use Item 45, "Remarks")*

**11. PLEASE PROVIDE NATURE OF SICKNESS, DISEASE, OR INJURIES FOR WHICH THIS CLAIM IS MADE; DATE EACH BEGAN; AND PLACE OF TREATMENT**

| A. LIST DISABILITY(IES) | B. DATE BEGAN | C. PLACE OF TREATMENT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| 12A. ARE YOU NOW OR HAVE YOU RECEIVED TREATMENT OR DOMICILIARY CARE AT A VA MEDICAL FACILITY? ☐ YES ☐ NO *(If "Yes," complete Items 12B & 12C)* | 12B. DATES OF TREATMENT/CARE | | | 12C. NAME AND ADDRESS OF VA MEDICAL FACILITY *(If you need more space use Item 45, "Remarks")* |
|---|---|---|---|---|
| | Month | Day | Year | |
| | | | | |

| 13A. HAVE YOU EVER BEEN A PRISONER OF WAR? ☐ YES ☐ NO *(If "Yes," complete Items 13B and 13C)* | 13B. NAME OF COUNTRY | 13C. DATES OF CONFINEMENT | |
|---|---|---|---|
| | | FROM | TO |

**14. ARE YOU CLAIMING A DISABILITY RELATED TO AGENT ORANGE OR OTHER HERBICIDE EXPOSURE?** *(If "Yes," list disability(ies) below)*

☐ YES ☐ NO _____

**15. ARE YOU CLAIMING A DISABILITY RELATED TO ASBESTOS EXPOSURE?** *(If "Yes," list disability(ies) below)*

☐ YES ☐ NO _____

**16. ARE YOU CLAIMING A DISABILITY RELATED TO MUSTARD GAS EXPOSURE?** *(If "Yes," list disability(ies) below)*

☐ YES ☐ NO _____

**17. ARE YOU CLAIMING A DISABILITY RELATED TO IONIZING RADIATION EXPOSURE?** *(If "Yes," list disability(ies) below)*

☐ YES ☐ NO _____

**18. ARE YOU CLAIMING A DISABILITY RELATED TO AN ENVIRONMENTAL HAZARD EXPOSURE DURING THE GULF WAR?** *(If "Yes," list disability(ies) below)*

☐ YES ☐ NO _____

**· YOU MUST SIGN AND PRINT YOUR NAME AND DATE THIS FORM IN ITEMS 42A THRU 42C ON PAGE 10.**

VA FORM
NOV 2014  **21-526**

SUPERSEDES VA FORM 21-526, JUN 2014,
WHICH WILL NOT BE USED.

PAGE 5

Cleek I Like to get Other Information
Texas Court FEE/Chaege Uwed $508.00
Texas Court of Criminal Appeals
PO Box 12308
Austin Tx 78711                    Court of Criminal Appeals
Public Information                 201 West 14th Street
512_463_1941                       Austin Tx 78711

Court of Criminal Appeals _ Supreme Court Building
P.O. Box 12308. Capital Station   201 West 14th St Room 106
Austin Tx 78711                    Austin Tx 78701
RE: CEASER Joseph Rickey           Website Tx Court_Gov_cca
                                        A spx.
CCA: No Weit 41,195_30
Trial Cuver Case No 19147.P
State Law Libaary Inmate Copy Services
P.O. Box 12367.                          Agency
Austin Tx 78711_23267                PO Box 12985
                                     Austin Tx 78711
Cleek_ I Like for all Foens From Chapter 8 Administration
Mattee to See Sucessful State Counslo For Offender Legal Hand
Book
SCFO. REF.08.01 SSA Publication No 05_10133_and 05_10903 Prison
Should No Shaw Social Security.
SCFO Ref.08.02 VA Foen 180 For request military Record
SCFO. Ref. 08.03_VA Foen DD 293 For review of military dischaese
SCFO. Ref. 08.04.VA Form DD 149 For Correction of military Record
SCFO. Ref. 08.05_General Statuory Duesble Power of Attoeney
SCFO. Ref. 08.06. Petition For Expuncriton of Recued and Release
And Related doucment With Couer Letter
SCFO. Ref.08.07. DNA Testing Request and Relate Doucment
SCFO. Ref.08.08.Texas Department of Health Seevices_Foen VS
142.3
Army
Army Review Boaeds Agency
Army Boaed for Correction of military Recued
1901 South Bell St 2nd Flood
Arlington VA 22202_4058
Case Management Divison /JL
Ar Case 20150010132_CEASER Joseph
Jeffead CLieb
                Army
Army Review Boaed Agency      Army Review Boaed Agency
ADRB                          Boaed of Correction of military
1901 South Bell Street        245 Mureny Lane Stop 0485
Arlington VA 22202_4308       Washington DC 20528_0485

FURNISH THE FOLLOWING INFORMATION ABOUT EACH OF YOUR MARRIAGES *(IF NOT APPLICABLE, WRITE "N/A")*

| 28A. DATE AND PLACE OF MARRIAGE | | 28B. TO WHOM MARRIED | 28C. TERMINATED *(Death, Divorce)* | 28D. DATE AND PLACE TERMINATED | |
|---|---|---|---|---|---|
| MONTH, YEAR. | CITY, STATE | | | MONTH, YEAR | CITY, STATE |
| | | | | | |
| | | | | | |

FURNISH THE FOLLOWING INFORMATION ABOUT EACH PREVIOUS MARRIAGE OF YOUR PRESENT SPOUSE *(IF NOT APPLICABLE, WRITE "N/A")*

| 29A. DATE AND PLACE OF MARRIAGE | | 29B. TO WHOM MARRIED | 29C. TERMINATED *(Death, Divorce)* | 29D. DATE AND PLACE TERMINATED | |
|---|---|---|---|---|---|
| MONTH, YEAR | CITY, STATE | | | MONTH, YEAR | CITY, STATE |
| | | | | | |
| | | | | | |

## DEPENDENCY - Dependent Children Information *(If you need additional space, use Item 45 "Remarks")*

FURNISH THE FOLLOWING INFORMATION FOR EACH OF YOUR DEPENDENT CHILDREN

| 30A. NAME OF CHILD *(First, middle initial, last)* | 30B. DATE & PLACE OF BIRTH *(City, state or country)* | 30C. SOCIAL SECURITY NUMBER | 30D. CHECK EACH APPLICABLE CATEGORY | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | BIOLOGICAL | ADOPTED | STEPCHILD | 18-23 YRS. OLD AND IN SCHOOL | SERIOUSLY DISABLED BEFORE AGE 18 | CHILD PREVIOUSLY MARRIED |
| | *(Month, day, year)* Place: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | *(Month, day, year)* Place: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | *(Month, day, year)* Place: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

FURNISH THE FOLLOWING INFORMATION FOR EACH OF YOUR DEPENDENT CHILDREN WHO DO NOT LIVE WITH YOU

| 31A. NAME(S) OF ANY CHILD(REN) NOT IN YOUR CUSTODY | 31B. NAME AND ADDRESS OF PERSON HAVING CUSTODY | 31C. MONTHLY AMOUNT YOU CONTRIBUTE TO CHILD'S SUPPORT |
|---|---|---|
| | | $ |
| | | $ |

**NOTE:** You do not have to submit medical evidence or list disabilities if you are age 65 or older, unless you are housebound, or require the regular assistance of another person.

| 32. WHAT DISABILITIES PREVENT YOU FROM WORKING? *(List below)* | 33. DO YOU NEED THE REGULAR ASSISTANCE OF ANOTHER PERSON OR ARE YOU GENERALLY CONFINED TO YOUR IMMEDIATE PREMISES? ☐ YES ☐ NO |
|---|---|

### NURSING HOME INFORMATION

**NOTE:** You may submit a statement by an official of the nursing home that tells us that you are a patient in the nursing home because of a physical or mental disability. The statement should include the monthly charge you are paying out-of-pocket for your care.

| 34A. ARE YOU NOW IN A NURSING HOME? ☐ YES ☐ NO *(If "YES," complete Items 34B thru 34D)* | 34B. NAME AND COMPLETE MAILING ADDRESS OF THE FACILITY | 34C. HAVE YOU APPLIED FOR MEDICAID? ☐ YES ☐ NO |
|---|---|---|

34D. DOES MEDICAID COVER ALL OR PART OF YOUR NURSING HOME COSTS OR HAVE YOU APPLIED AND NOT RECEIVED A DECISION? ☐ YES ☐ NO ☐ APPLIED - NOT RECEIVED DECISION

34E. ARE YOU RECEIVING SUPPLEMENTAL SOCIAL SECURITY INCOME (SSI) OR HAVE YOU APPLIED FOR SSI BUT NO DECISION HAS BEEN MADE? ☐ YES ☐ NO ☐ APPLIED - NOT RECEIVED DECISION

**YOU MUST SIGN AND PRINT YOUR NAME AND DATE THIS FORM IN ITEMS 42A THRU 42C ON PAGE 10.**



# State Counsel for Offenders

### Texas Department of Criminal Justice
P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

May 12, 2015

Joseph Ceaser
TDCJ ID# 1944045
Estelle Unit (E2/032)

Dear Mr. Ceaser:

We recently received your letter asking for assistance with sex registration. The *Table of Contents* in Chapter 8 in Volume 1 of the <u>State Counsel for Offenders Legal Handbook</u> contains general information.

Since sex registration is a parole (and free world legal issue), you must obtain the assistance of an outside attorney that practices in this area of law. You can find addresses in the <u>Texas Legal Directory</u> (*Blue Books*).

Both the <u>Legal Handbook</u> and the *Blue Books* are in the unit law library. The law librarian can assist you in finding the information referenced herein.

Law office of Donald Hoover
414 West Som Rav buen
Bonham Tx 75418

Sincerely,

Joyce Logue
Staff Attorney
Legal Services

JLO/jv

cc: File

Innocent Project For Free Legal Help
U. of Texas Law School
727 East 26th St
Austin Tx 78705

Texas Assocation Asinst
Sexual Assualt
Texas Civil Right Project
2212 E. Martin Luther king
            JR Blvd
Austin Texas 78702

Texas Lawyers CARe
PO Box 12487
Austin Tx 78711-2487
512-463-1463- 1-800-204.2222-2155
Referral to Low Cost law Clinics in different in Texas
ALso $20 for 30min

Court of Criminal Appeals
   of Texas
P.O. Box 12308 Capitol Station
Austin Texas 78711

4-28-15

MR. Randy Batton
Texas Depertmant of Public Safety
Criminal Record Divison
5805 N. Lamar Bldg G
Austin Tx 78752
DL# 13267327

~~444 West San Baptism~~
~~Bonham Texas 75418~~
~~903-583-~~

Dear Attorney~ Order Doucment
Mr Ceaser Rickey Written to his Attorney on Conviction
to see Release back to the free World or Indictment
To order my Record Please and other information Below
response Back_ Thank You.

State or Tx      Texas Depertmant of Criminal Justice

Mr Rickey Ceaser
264 Fm 3478
Huntsville Tx 77320.3320

Discharge Date Oct 23. 2008

Brad Livinston
Executive Director
Ph 936-437-2101-437-2123

Feb 5. 2015
MR CEASER
ON Oct 23. 1998 You Plea guilty to the offense Aggrivated Sexual Assault (Cause No.
19147), and WAS Sentence to 10 Year incarceration, Which You have since Complete
As a result of the Conviction, You have a lifetime duty to Resister as a
Sex offender according to Chapter 62 of the Code of Criminal PRO.
Since then, You have been Convicted two Seperate times For Failure to
Resister as a Sex Offender and Currently Serving time for one
of the Conviction is Cause No CR. 14-24944).
Upon Your release from TDCJ_CID. it will be necessary for You to Continue
to Resister as a Sex offender With Proper Law enforcement authority or
else You will be Suject to Criminal Penalities.
Sex offender Duty to Resister Life Annually offense 62-102-(B)(2)
Two Year In TDCJ. CR 11-2378- 15-15411
Sincerely
Patricia Brady

Kenneth W. Martin JR. Proskram Specialist I Special Proskam
8610 Shoal Creek
Austin Tx 78757
512-406-5806.

MR Hoover_Please Send me Both TEXAS Driver HANDbook and Texas Commercial
Motor Vehicle Driver HAND book  So I Can Study get my Driver License.

Signeture
Joseph L Ceaser
Thank You.

Flip over

State of Texas          Texas Department of Criminal Justice

Feb 3. 2015                                    Brad Livingston
                                               Executive Division
Joseph R Ceaser
SID #02668525 - TDCJ# 1944045
264 Fm 3478
Huntsville Tx 77320-3320

Re: Open Record Request # 39710 - #41256

Offender Name Ceaser TDC# 1944045

To Whom It May Concern

We are unable to Comply With Your Request, In accordance With
Texas Government Code Section 552.028(d) a government body
is not required to accept or comply with a request for information
from an individual who is imprison or confined in a correction
facility or From an agent of that individual other than that individual
AL Attorney When the Attorney is requesting information that is
subject to disclosure Under the Open Record Act.

          Stuart Jenkins Parole Division Directive
          8610 Shoal Creek Austin Tx 78757
          Ph 512-406-5943. 512-371-9645
          Price Daniels SR Bldg
          209 West 14th St  Ste 500
          Austin Tx 78701

offender Status Line 844.512.0461    T 512.936-6351
F 512.436.8120

Huntsville Institutional  Parole Officer

1650 7th St

Huntsville Tx 77320_  Ph 936-437-5514

Indictment # TRN 9184106387 - Court Trail Record
Indictment # TRN 9184128461
Indictment # TRN 9184127708.

TDCJ Record Request: With respeds to request for TDCJ Record request TDO
has Provided the following information regarding Public Information Act Request
In Executive Directive 15.12 the Executive Director of the Texas Department of Criminal
Justice has designated Executive Services as the recipient of all Electronic
Mail and Facsimile request Under Open Record Act. For Such request the
address. electronic mail address and facsimile number of Executive Services
are as follows:
T DCJ. Executive Services          Request For Open Record
Po Box 99                          RRP: Open Record
Huntsville Tx 77342-0099           8610 Shoal Creek Rond
                                   Austin TK 78757
Open Record Request or Other Issues Department Staff
Charlen Anderson                   Ph 512-406-5452 __ 5453
Open Record Coordinator
P.O. Box 13401
Austin Tx 78711

# §8.4 Power of Attorney

## §8.41 Creating a Power of Attorney

Understanding just because an individual is sentence to serve time In The Texas Department of Criminal Justice his or her interest in Free World are not terminated often however matter exist that cannot easily be handled while incarcerated Provide that another person exist who can trusted to take care of a matter a Power of attorney Can be executed to allow another Personal the Legal authority to act on behalf of an offender.

A Power of attorney enables the Legally designated individual to act for another. The grantor of the Power of attorney is typically Called The Principal. The individual who is acting for the Principle is call the Agent or Attorney in facts Power of a attorney are typically used to authorized an Other to use a bank account buy or sell Property make decision in transaction or enroll Children In School.

A general Power of attorney can be executed by you while in Person Since our officer does not Advice relating to matter involving Fin ones of Property you MAY WANT to make arrangement to Cleate a Specific Power of attorney Rather than Grant general Powers. When a Power of relating to Internal Revenue Services Matter or Bankruptcy Proceeding is Needing Special forms are required. In that event a general Power of attorney Forms is insufficient.

An illustration of the appearance of a general Statutory Durable Power er of Attorney "appears at SCFO REF 08.05 Do Not Sign this Form unless You Under Stand it Completey. Contact SCFO about any Unresolved question before assignment the Power to act.

## §8.42 Revoking a Power of Attorney

In most situation the grant of a Power of attorney can be revoke by the Principal because the Power require the Consent of the Principal along with Agent. A few situation do exist Where a Power of attorney Cannot be Revoked. This is usually Where the Attorney in facts the Agent also has a financial State or interest in the Subject. Normally all a revocation require is Notice to the Agent that the Power of Attorney is Revoked.

Should be filed in the Same Location Additionally even though a Power of Attorney. If the Original Power of Attorney was recorded in the files of a Court then the revocation.

Should be filed in the Same Location. Additionally even though a Power of attorney has been terminated the Agent can still bind the Principal when a third Party reasonably believe that the Power of attorney is still in existence. For this reason When Revoking a Power of attorney. You Should also notify any Parties Who may be involved in dealing with the Agent. Note that sending the Notification of Revocation of a Power of attorney Via resisted or Certified Mail Return Receipt request is advisable in order to Preserve a Personal Record of the Termination.

## §8.5 Unsworn Declaration

Title 6 of the Texas Civil Practices and Remedies Code Chapter 132. now Permit you to utilize unsworn declaration in place of written sworn declaration Verification Certification oath or affidavits required by Status or by a Rule order or requirement as Provide by Law. This mean you no longer need a notary Public Service for most document The Chapter does not apply to an oath of officer or an oath required to be taken before a Specific official other than a notary Public.

NARA – Cill 212-426-2200. Chapter 8 Administration Matter

You will need to elaborate on the reason you use for an upgrade. Offender have a burden in that cannot claim to have been good Citizens since the discharge. However by taking advantage of education and/or vocational training in TDCJ and by taking advantage not getting into trouble in TDCJ. You may be able to soften the impact of your imprisonment.

It can takes from 6 to 18 month to get a decision.

If you lose at the DRB you first appeals is to the BCMR and eventually to the Federal Court System.

## 8.31 Military Discharge Upgrading Manual

If you desire to Purchase the military Discharge Upgrading Manual or any Other material from the National Veteran Legal Services Project. For information Write to:

National Veteran Legal Services Project

P.O. Box 65762

Washington DC 20035

Ph 202-263-8305
202-265-8305
202-328-0063

U.S. Military Veteran – Discharge Honorable.

Record of Investigation transcripts of Court martial and Hospital Record

NVLSP

National Veteran Legal Services Program — American Legion

1600 K Street NW Suite 500

Washington DC 20006-2833

Veteran Affair and Rehabilitation
1600 K Street NW
Washington DC 20006
Ph 202-861-2700

Online request may be Submitted to the National Personal Record Center (NPRC) by a Veteran or deceased Veteran next of kin using evet Rec at http//www.archive.gov/Veteran evet recs.

180 Day of Services Active Services ____ i Oct 1982 – 28 month of Services

Information on how to obtain military health record as available at the National Personal Record Center Website www.NARA.gov/Regione/mpr.html at your local Veteran Administration. State or Regional Veteran office.

Department of Veteran Affairs

Record Management Center

P.O. Box 5020

St Louis Mo 63115

VA File # 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

National Personal Record Center

Military Personal Record

9700 Page Ave

St Louis Mo 63132-5100

VA File # 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

National Personal Record Center

military Personal Record

1 Archive DR.

St Louis Mo 63138-1002

Agency

Army Review Board Agency

Board for Correction of Military Record

245 Murray Lane Stw 0485

Washington DC 20528-0485

United State Court of Appeals

For The Armed Force

450 E Street NW

Washington DC 20442-6001

# §8.7 EXPUNCTION of Arrest Records

In certain limited circumstances you may be entitled to have record and file related to an arrest expunged or closed. The Statutes governing this area of the Law are located in the Texas Code of Criminal Procedure VACCP Art. 55.01-55.06. Depending on the type of situation you may have, the expunction can either be absolute or within the discretion of the trial judge.

V.A.C.C.P. ART. 55.01(a) Set out the circumstance when the right to expunction of arrest record is mandatory. They are when 1) you are arrested, tried and acquitted by the trial court (which should include not guilty verdicts by a jury; (2) You are arrested, conviction and subsequently pardoned; (3) if either no indictment or information was presented against you.

or if the indictment was dismissed because of mistake or insufficient evidence AND you have been release and no conviction or probation has resulted. And you have not been convicted of a felony in the five year preceding arrest.

V.A.C.C.P. Art 55.01(b) Set forth a judge may, in his discretion, order an expunction. It is when you are arrested, tried, convicted and 'acquitted by the court of Criminal Appeals". The intermediate court of Appeals are split as to whether this include an acquittal by one of them.

The procedure to be followed this section as well as a sample letter to Mr. Randy Batten of the Criminal Record Division of DPS requesting certified copies of the DPS arrest record. The sample petition include a listing of the most common agencies which may have record of your arrest and which will be sent a copy of the expunction order if you are successful.

V.A.C.C.P. ART. 55.01. Sec2 require that the court set an expunction petition for a hearing not less than thirty day from date of the filing of the petition. Because a hearing necessitating a court appearance is required, it is the policy of State Counsel for offender not to file expunction for offender. This is mainly due to our limited resource and personnel which generally prevents us from traveling 254 counties in the state. However we can give you advice on filing a pro se petition if you qualify for expunction. It is possible a trial judge would hear your petition without your being present for the hearing, but there is no guarantee. You may have to wait until you are release to seek an expunction. If you have been a client of our trial section and if your trial ended in an acquittal, we will assist you with the expunction upon your request.)

A sample petition for expunction of record and related document is located as SCFO REF 08.06. The packet includes a cover letter, the petition declaration of Inability to pay cost (if you are indigent you should file it with petition) Motion for bench warrant or conference call (so you can appear in court) the order of expunction and a sample letter to send DPS for Information.

Criminal History From DPS. The Texas Department of Public Safety can provide you with Criminal History.

Texas Department of Public Safety
PO Box 4143
Austin Tx 78765-4143

Mr Randy Batten
Texas Department of Public Safety
Criminal Record Division
5805 N. Lamar Bldg G
Austin Tx 78752

NOTE: Please complete the information for each period of active duty. Attach DD214 or other separation papers for all periods of active duty. If you do not have your DD214 form or other separation papers, check the box. ☐

| 19A. ENTERED INTO SERVICE | | 19B. SERVICE NUMBER | 19C. SEPARATED FROM SERVICE | | 19D. BRANCH OF SERVICE | 19E. GRADE, RANK OR RATING, ORGANIZATION |
|---|---|---|---|---|---|---|
| DATE | PLACE | | DATE | PLACE | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## PART IV - RESERVE AND NATIONAL GUARD SERVICE INFORMATION

NOTE: Enter complete information for each period of Reserves and National Guard service. Attach any separation papers you have.

| 20A. ENTERED INTO SERVICE | | 20B. SERVICE NUMBER | 20C. SEPARATED FROM SERVICE | | 20D. SERVICE STATUS (Reserve, National Guard) | 20E. GRADE, RANK OR RATING, ORGANIZATION |
|---|---|---|---|---|---|---|
| DATE | PLACE | | DATE | PLACE | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 21. IF DISABILITY OCCURRED DURING ACTIVE OR INACTIVE DUTY FOR TRAINING, GIVE BRANCH OF SERVICE AND DATE OF OCCURRENCE | 22A. ARE YOU NOW A MEMBER OF THE RESERVES OR NATIONAL GUARD? IF SO, GIVE THE BRANCH OF SERVICE ☐ YES ☐ NO BRANCH _____ | 22B. RESERVE STATUS ☐ ACTIVE ☐ RESERVE OBLIGATION ☐ INACTIVE |
|---|---|---|

22C. NAME, ADDRESS AND PHONE NO. OF RESERVE OR NATIONAL GUARD UNIT (If additional space is needed, use Item 45 "Remarks")

## PART V - MILITARY RETIRED/SEVERANCE PAY

IMPORTANT - Unless you check the box in Item 25 below, you are telling us that you are choosing to receive VA compensation instead of military retired pay, if it is determined you are entitled to both benefits. If you are awarded military retired pay prior to compensation, we will reduce your retired pay by the amount of any compensation that you are awarded. VA will notify the Military Retired Pay Center of all benefit changes. If you receive both military retired pay and VA compensation, some of the amount you receive may be recouped by VA, or, in the case of Voluntary Separation Incentive (VSI), by the Department of Defense.

| 23A. ARE YOU RECEIVING MILITARY RETIRED PAY? (If "Yes," complete Items 23C & 23D) ☐ YES ☐ NO | 23B. WILL YOU RECEIVE MILITARY RETIRED PAY IN THE FUTURE? (If "Yes," explain, i.e. Future Reserve/National Guard Retirement, Pending MEB/PEB) ☐ YES ☐ NO _____ | 23C. BRANCH OF SERVICE | 23D. MONTHLY AMOUNT $ |
|---|---|---|---|

| 24. RETIRED STATUS ☐ RETIRED ☐ TEMPORARY DISABILITY RETIRED LIST ☐ DISABLED RETIRED LIST | 25. NO, I DO NOT WANT VA COMPENSATION IN LIEU OF MILITARY RETIRED PAY (Check box, if applicable) ☐ |
|---|---|

26. HAVE YOU EVER APPLIED FOR OR RECEIVED DISABILITY SEVERANCE/SEPARATION PAY, OR ANY OTHER LUMP SUM PAYMENT FROM THE ARMED FORCES? (If "Yes," list type, amount, date it was received, and the branch of service below)
☐ YES ☐ NO _____

## PART VI - MARITAL AND DEPENDENCY INFORMATION

| 27A. MARITAL STATUS (If married, complete Items 27B thru 29D) ☐ MARRIED ☐ WIDOWED ☐ DIVORCED ☐ NEVER MARRIED (If never married, skip to Item 30) | 27B. SPOUSE'S BIRTHDATE (Mo., day, yr.) |
|---|---|

| 27C. NUMBER OF TIMES YOU HAVE BEEN MARRIED (To include current marriage) | 27D. NUMBER OF TIMES YOUR PRESENT SPOUSE HAS BEEN MARRIED (To include current marriage) | 27E. IS YOUR SPOUSE ALSO A VETERAN? ☐ YES ☐ NO (If "Yes," complete Item 27F) | 27F. SPOUSE'S VA FILE NUMBER (If any) C- |
|---|---|---|---|

| 27G. DO YOU LIVE TOGETHER? ☐ YES ☐ NO (If "No," complete Items 27H thru 27J) | 27H. REASON FOR SEPARATION (For example, marital problems, job requirements, health, etc.) | 27I. PRESENT ADDRESS OF SPOUSE |
|---|---|---|

| 27J. AMOUNT YOU CONTRIBUTE TO YOUR SPOUSE'S MONTHLY SUPPORT $ | 27K. HOW WERE YOU MARRIED? ☐ CLERGYMAN OR AUTHORIZED PUBLIC OFFICIAL ☐ COMMON-LAW ☐ TRIBAL ☐ PROXY ☐ OTHER (Explain) _____ |
|---|---|

**YOU MUST SIGN AND PRINT YOUR NAME AND DATE THIS FORM IN ITEMS 42A THRU 42C ON PAGE 10.**

Date _____

United State Court ob Appeals
For The Federal Circuit
National Court Bldg
717 Madison Place NW
Washington DC 20439
Dear Clerk Jan Horsley
Mr Cedger Rickey under TDC number 861893 need Assistance Access to
court representative abbender in these Case Fannin County Ix
seen Conviction bumily Violence Cause # 19147, Writ 41,195.
Iic Madra - I had serve Ten Your Sentence Discharge 10-23-10
nd I send back to Prison Jagin The State ob Texas
Mr Cedger Rickey want to take Exmnation Test or
Jab to bile a Motion For DNA Fornices Test bor
Aggrotued Sexual Assulat Time Serve. at TDCJ.
NANCY Young
DISTRICT Clerk FANNIN County

FANNIN County Court House
Ph 903-583-7459

336th Judicial District

101 E. San Rayburn DR
Suite 200
Bonham Ix 75418

Mrs Jan I need help to bound all my Federal Prison
Court Record Medical Record under TDCH 861893
2nd reponse Back Please. Looking bor FA Federal Payment from
deposit to the Inmate Trust Fund to recover all the
Inmate Prison Record and Disciplinary Case Record.
Do you have the right trype or 11,07 born
IN A POST CONVICTION Applicotion.
To Comtact to see I have Credit Account open
Amanfy
Federal Credit Union
Pa Box 85300
Austin Ix 78708

Federal Regisa No_____

Flip over

Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530
Officer of Sex offender Sentencing Montoring
APPending Resister And Tracking
Officer of General Counsle - CR-11-23718
CR-14-24944 - Case15_15411-IRN 9189127708
Prison Sentence Under Climinx Code
Sex offender Duty to Resister Life Annually offense 62 102(6)
Cause 19147, WRit 41,195_ P
Sex offender Duty to Register Life Annually offense 62 102 (b) 2
  2 year                      Statement of Evidence

Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530
Officer of Sex offender Sentencing Montoring
APPending Resister And Tracking Case # Resister report
Officer of General Counsle
Supervisor Federal Penal Institutional - TDC# 861873 Legal
Counsle in Cases
The Attorney General and officer of Legal Counsle render
_ Legal Advice upon request to the President and
Department heads
Federal Bureau of Investsation
935 Pennsylvania Ave NW
Washinston DC 20335
J Edgar Hoover Building
Office of Violent Sex offender
Mandgement
PO Box 149347 MC_4300
Austin Tx 78714_9347
Sex offender Treatment Council
C/O D SHS
PO Box 149347
Mail Code_1982
Austin Tx 78714_9887
U.S. Department of Justice
Climinal Division
RFK Main Justice Building
950 Pennsylvania Ave NW
Washington Dc 20530          .          28 USC 1746
Legal Doucment
Notary Public Services Doucment Under both Federal Law